IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LEBARRON E. CHATMAN** | § | **PETITIONER** |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:08CV198-LG-RHW** |
| | § | |
| **STATE OF MISSISSIPPI and** | § | |
| **RONALD KING** | § | **RESPONDENTS** |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation [21] entered by United States Magistrate Judge Robert H. Walker on May 25, 2010, the Court, after a full review and consideration of the Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation [21] entered by United States Magistrate Judge Robert H. Walker on May 25, 2010, be, and the same hereby is, adopted as the findings of this Court. Chatman's Petition for Writ of Habeas Corpus is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 18th day of June, 2010.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge